**In the Matter of J. B. KING, Petitioner for a Writ of Habeas Corpus, v. STATE OF SOUTH DAKOTA, and G. Norton Jameson, as Warden, South Dakota State Penitentiary.**

No. 12573.

Circuit Court of Appeals, Eighth Circuit.

March 25, 1943.

J. B. King, pro se.

PER CURIAM.

Petition for order to give jurisdiction over a habeas corpus petition in the District Court denied.

**Marland Frank Leo KRAHMER, Appellant, v. UNITED STATES of America.**

No. 12565.

Circuit Court of Appeals, Eighth Circuit.

March 15, 1943.

Leonard J. Hanson, of Minneapolis, Minn., for appellant.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on stipulation.

**Ollie LEE et al., Appellants, v. CITY OF EL CAMPO, Texas, et al., Appellees.**

No. 10608.

Circuit Court of Appeals, Fifth Circuit.

June 3, 1943.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

Hayden C. Covington, of Brooklyn, N. Y., and Tom S. Williams, of Sulphur Springs, Tex., for appellants.

Donald M. Duson, of El Campo, Tex., for appellees.

PER CURIAM.

Affirmed on the authority of Douglas v. Jeannette, 63 S.Ct. 877, 87 L.Ed. ——, May 3, 1943.

**Frank O. LOWDEN et al. v. Robert G. CLARK.**

No. 12566.

Circuit Court of Appeals, Eighth Circuit.

April 19, 1943.

O'Brien, Horn, Stringer & Seymour, of St. Paul, Minn., for appellants.

Davis, Michel, Yaeger & McGinley, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 48 F.Supp. 261, dismissed without costs to either party in this Court, on stipulation of parties.